# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSHUA BROWN,<br><br>Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:19-cv-00759-BJR<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERWORK** |

The Court, having considered the Parties' Motion to Extend the Deadline to File Dismissal Paperwork by October 23, 2019, hereby GRANTS the Motion.

**IT IS SO ORDERED** this 18th day of September, 2019.

_____
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:
s/Amorette Rinkleib
Amorette Rinkleib

s/Amir Tadjedin
Amir Tadjedin